IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATERPILLAR FINANCIAL SERVICES CORPORATION                              PLAINTIFF

v.                              No. 4:05CV01628 GH

CURTIS ENTERPRISES, INC., ET AL.                                       DEFENDANTS

**ORDER**

Pursuant to the Court's October 30th order, the parties filed a joint status report on November 20th. The report reflects that the Arkansas Department of Finance & Administration and the Arkansas Department of Workforce Services acknowledge that the their liens are inferior to the liens of the Internal Revenue Service and the Pope County Tax Collector. The request of the Internal Revenue Service and the Pope County Tax Collector for an extension to time so that they may conduct further research and negotiate a potential settlement is granted. If the parties are unable to reach a settlement by January 5, 2007, they are directed to file a supplemental status report by that date.

IT IS SO ORDERED this 28th day of November, 2006.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE