IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 4:05-cv-01628-GH |
| CURTIS ENTERPRISES, INC., DENNIS CURTIS, ARK. DEP'T OF WORKFORCE SERVS., RICHARD WEISS AS DIRECTOR OF ARK. DEP'T OF FINANCE and ADMIN., RITA CHANDLER, IN HER CAPACITY AS COLLECTOR FOR POPE COUNTY, and INTERNAL REVENUE SERVICE, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

AMENDED ORDER AND JUDGMENT

This matter comes before the Court for entry of an amended order disposing of the funds interplead by plaintiff Caterpillar Financial Services Corporation. The Court finds and orders as follows:

1.    In its Answer, the United States mistakenly claimed that defendant Curtis Enterprises had an outstanding employment tax liability of $17,963.73 for the fourth quarter of 2001, $101,734.86 for the second quarter of 2002, and $5,752.73 for the third quarter of 2002. (Doc. 4, Ex. 1.) Upon further research, the United States has discovered that Curtis Enterprises has fully paid its tax liability for the year 2001, and owes only the taxes for the second and third quarters of 2002.

2.    The Defendants, Arkansas Department of Workforce Services, Rita Chandler, and Richard Weiss, agree that the liens of the United States are inferior only to the lien of

Rita Chandler for the year 2001, as indicated in the Order and Judgment entered on January 10, 2007.

3.      The Court has already issued payment to the defendant Rita Chandler in the amount of $27,269.09 and to the United States in the amount of $12,304.55. No change shall be made to the distribution of funds, and the United States shall apply the payment to the tax liability of Curtis Enterprises for the year 2002.

**IT IS SO ORDERED this 15th day of March, 2007.**

HON. GEORGE HOWARD, JR.
UNITED STATES DISTRICT JUDGE

Prepared and Submitted By:

TIM GRIFFIN
United States Attorney

/s/ Jacqueline C. Brown
JACQUELINE C. BROWN
Member, New York Bar
Attorney for Defendant IRS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C. 20044
Telephone: (202) 616-9482
E-mail: jacqueline.c.brown@usdoj.gov

Reviewed and Approved By:

| /s/ James V. Coutts | /s/ Nina Orsini |
|---|---|
| JAMES V. COUTTS | NINA ORSINI |
| Arkansas Bar No. 90190 | Arkansas Bar No. |
| Attorney for Defendant Rita Chandler, as | Attorney for Def. Richard Weiss, as Director |
| Collector for Pope County, Ark. | of Arkansas Dep't of Fin. and Admin. |
| P.O. Box 2711 | Office of Revenue Legal Counsel |
| Russellville, AR 72811 | P.O. Box 1272, Room 2380 |
| Telephone: (479) 967-3225 | Little Rock, AR 72203 |
| E-mail: jcoutts@suddenlinkmail.com | Telephone: (501) 682-7030 |
| | E-mail: nina.orsini@rev.state.ar.us |

_/s/ Roger Harrod_
ROGER HARROD
Arkansas Bar No. 74071
Attorney for Def. Ark. Dep't of Workforce Servs.
P.O. Box 8040
Little Rock, AR 72203
Telephone: (501) 682-3151
E-mail: Roger.Harrod@arkansas.gov


Dated: March 13, 2007